UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALONZO A. VOELKER

v. C.A. No. 01-621-T

UNITED STATES OF AMERICA

**ORDER DENYING MOTION TO CORRECT JUDGMENT**

Alonzo Voelker's motion, pursuant to Fed. R. Civ. P. 60(b), to correct this Court's October 21, 2003, judgment dismissing his petition for relief pursuant to 28 U.S.C. § 2255 is hereby DENIED for the following reasons:

1. Voelker has previously filed a § 2255 petition, which was denied on October 21, 2003.

2. Although denominated as a motion to correct judgment, Voelker's instant petition also challenges the constitutionality of his underlying conviction and, therefore, is a successive petition. See United States v. Saccoccia, 2004 U.S. Dist. LEXIS 15084, at *3-5, 2004 WL 1764556, at *2 (D.R.I. Aug. 2, 2004) (citing Rodwell v. Pepe, 324 F.3d 66, 67 (1st Cir. 2003), cert. denied, 540 U.S. 873 (2003)).

3. A successive § 2255 petition may not be filed in the District Court unless the petitioner first obtains permission from the Court of Appeals. Id. at *5-6, 2004 WL 1764556, at *2 (citing 28 U.S.C. § 2255).

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 4/6/06 , 2006