**UNITED STATES DISTRICT COURT**

**IN THE DISTRICT OF RHODE ISLAND**

Alonzo Voelker,
Petitioner "

v. " CA No. 01-621-T

United States of America "

## NOTICE OF APPEAL

**COMES NOW,** Alonzo Voelker, hereinafter "petitioner" appearing specially in propria persona moves this Court with this Notice of Appeal. In appealing the dismissal and the erroneous designation of petitioner's motion pursuant Rule 60(b)(6), Fed.R.Civ.P. as a motion pursuant to 28 USC § 2255. (See Order Denying Motion to Correct Judgment). (4/7/06, Hon. E. Torres).

Respectfully Submitted,

Alonzo Voelker #04836-070
FCI Ray Brook
P.O. Box 9005
Ray Brook, NY 12977

## CERTIFICATE OF SERVICE

I, Alonzo Voelker, as petitioner herein, do hereby attest and affirm that all the facts and statements as made herein are true, correct, certain, and complete and are not meant to mislead, further they are made knowing the penalty for bearing false witness.

On this 11th day of April A.D. 2006, a true and correct copy of the enclosed was mailed regular U.S. Mail, pre-paid postage and addressed to:

**United States District Court**
2 Exchange Terrace
Providence, RI 02903

**U.S. Attorney's Office**
50 Kennedy Plaza
Providence, RI 02903

Respectfully,

Alonzo Voelker