UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

April 27, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: *CR00-18T USA v. Alonzo Voelker*

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: [signature]
Lucia Cristina Leyva
DEPUTY CLERK

encl.: CERTIFIED COPIES OF:
DOC. #74 - NOTICE OF INTERLOCUTORY APPEAL;
DOC. #69 - ADMINISTRATIVE NOTICE;
DOC. #70 - MOTION TO CORRECT JUDGMENT;
DOC. #71 - GOVERNMENT'S OBJ. TO MOTION TO CORRECT JUDGMENT;
DOC. #72 - TRAVERSE AND RESPONSE TO GOVERNMENT'S OBJECTION;
DOC. #73 - ORDER DENYING MOTION TO CORRECT JUDGMENT;
COPY OF DOCKET

COA# 06-1691