MANDATE

00-00018
USDC/RI
Torres

# United States Court of Appeals
## For the First Circuit

---

No. 06-1691

ALONZO A. VOELKER,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

---

Before

Boudin, Chief Judge,
Torruella and Howard, Circuit Judges.

---

JUDGMENT

Entered: June 19, 2006

On April 6, 2006, the district court denied petitioner's self-styled "motion to correct" the district court's 2003 judgment denying petitioner's § 2255 petition. Petitioner challenges this court's order of May 5, 2006, that directed him to seek a certificate of appealability to appeal that April 6 order. Petitioner contends, first, that the "motion to correct" was a motion filed pursuant to Fed.R.Civ.P. 60(b) and, second, that a certificate of appealability is not needed to appeal the denial of such a motion.

There is some question about petitioner's second contention. See United States v. Vargas, 393 F.3d 172, 174 (D.C. Cir. 2004)(citing emerging case law as requiring a COA to appeal the denial of a Rule 60(b) motion). In any event, petitioner's first contention is erroneous. As the district court's order of April 6, 2006, correctly stated, although denominated a motion to correct judgment, Voelker's petition in the district court was, in fact, a successive petition under 28 U.S.C. § 2255. Under the terms of that statute, petitioner cannot file a successive petition in the